```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**ROBERT WILLIAM AVERY**                                          **PLAINTIFF**

        **v.**        **Civil No. 04-5205**

**SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; SGT. JOHNSON;
LT. GENE HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS**                                 **DEFENDANTS**

## O R D E R

Now on this 13th day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #46), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #36) is **denied**, and this matter is remanded to the Magistrate Judge for further report and recommendation.

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE**