IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY                         PLAINTIFF

        v.                    Civil No. 04-5205

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. JOHNSON; LT. GENE
HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS            DEFENDANTS

**ORDER**

By notice dated December 21, 2005, this case was scheduled for an evidentiary hearing on Thursday, April 27, 2006, beginning at 9:00 a.m. (Doc. 52). An order was also entered directing the issuance of a writ of habeas corpus ad testificandum so that the Warden of the Arkansas Department of Correction, Omega Technical Violators Center, 104 Walco Lane, Malvern, Arkansas, would produce Mr. Avery for the hearing (Doc. 54). In response to the writ, the court was notified that Mr. Avery had been released from custody. For this reason, the writ was canceled. (Doc. 55).

The scheduling order entered on December 21, 2005 (Doc. 53), required the parties to provide the court with their witness lists by March 29, 2006. Additionally, the parties were sent a reminder letter dated March 10, 2006, advising them that their responses to the court's scheduling order were due no later than March 29, 2006. Mr. Avery was advised that any witnesses he might wish to be called had to be approved by the court. He was directed to include

with his list of proposed witnesses, the address of each witness, a prison inmate number (if appropriate), a short summary of the testimony to be given to each witness, and a statement of the witness' relationship to him. Mr. Avery was advised that failure to respond to the scheduling order may result in no witnesses testifying on his behalf at the evidentiary hearing.

Mr. Avery has not responded to the court scheduling order. Mr. Avery has not communicated with the court in anyway. **Mr. Avery is directed to show cause why this action should not be dismissed based on his failure to respond to the court's scheduling order. Should Mr. Avery fail to respond to this show cause order by April 14, 2006, the court will have no choice but to cancel the evidentiary hearing currently scheduled for April 27, 2006.** The undersigned will then recommend that this case be dismissed based on Mr. Avery's failure to comply with the court's orders and his failure to prosecute this action.

IT IS SO ORDERED this 4th day of April 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)