IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY    PLAINTIFF

v.    Civil No. 04-5205

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. JOHNSON; LT. GENE
HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS    DEFENDANTS

## ORDER

On July 17, 2006, the plaintiff filed a motion to amend his complaint (Doc. 75). Plaintiff has now advised the court in letter form that he wishes to withdraw this motion to amend. The motion to amend is therefore denied as moot.

On July 26, 2006, the plaintiff filed a motion for protective order (Doc. 79). He asks that the court order that he be housed in another facility for his own safety. On June 28, 2006, plaintiff states he was arrested, threatened, and beaten by Sheriff Ferguson. At the time, plaintiff states Sheriff Ferguson was outside his jurisdiction. Plaintiff states he feels threatened by Sheriff Ferguson. Plaintiff has not indicated that he has been harmed in anyway after his arrest and while housed at the Benton County Detention Center. Plaintiff is being held on state charges. This court does not dictate to state and local authorities where individuals charged with crimes or serving sentences should be housed.

IT IS SO ORDERED this 15th day of August 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)