IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY                                           PLAINTIFF

                v.                 Civil No. 04-5205

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. JOHNSON; LT. GENE
HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS                        DEFENDANTS

## **ORDER**

The evidentiary hearing currently scheduled for October 24, 2006, is hereby canceled. By report and recommendation the undersigned is recommending that this case be dismissed based on the plaintiff's failure to prosecute and failure to obey the orders of this court.

IT IS SO ORDERED this 5th day of October 2006.

                                                                       /s/ Beverly Stites Jones
                                                                       UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)