**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERT WILLIAM AVERY**                                   **PLAINTIFF**

**v.**                      **Civil No. 04-5205**

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY;**
**SGT. JOHNSON; LT. GENE**
**HENDRICKS; SGT. CLIFFORD;**
**SGT. DAUGHERTY; DEPUTY HUBBS;**
**DEPUTY EFRAM; DEPUTY RAHN;**
**DEPUTY TOMLIN; and DEPUTY ADAMS**        **DEFENDANTS**

## O R D E R

Now on this 25th day of October, 2006, comes on for consideration the **Report and Recommendation of Magistrate Judge Beverly S. Jones** (document #107, filed October 5, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**