IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY                                    PLAINTIFF

        v.                    Civil No. 04-5205

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; SGT. JOHNSON;
LT. GENE HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS                         DEFENDANTS

                        <u>O R D E R</u>

        Now on this 16th day of April, 2007, comes on for consideration
plaintiff's **Motion To Reopen** (document #110).  There has been no
response to this Motion -- probably because plaintiff did not serve
a copy on the defendants as the rules require.  The Court has,
nevertheless, elected to consider the Motion without waiting for a
response.

        1.  The record reflects that the gravamen of Avery's claim was
that the defendants placed him at risk by allowing him to be around
inmates who wanted to harm him.

        In his **Motion to Reopen**, Avery now states that he failed to
prosecute his suit because he was afraid of the defendants,
themselves, and that one of them told him that "it would be in the
best interest of the Plaintiff if his civil complaint was dropped."

        2.  The Court dismissed the case in reliance upon the Report
And Recommendation Of The Magistrate Judge dated October 5, 2006.
That Report And Recommendation details the difficulties the Court
experienced in trying to keep track of Avery over the course of this

case (which was filed in August, 2004) as he went in and out of detention; moved from one detention facility to another; and failed to keep the Court advised of his address.   The Magistrate Judge recommended that the case be dismissed.

The Court received no objection from Avery concerning the Report And Recommendation and, accordingly, adopted it on October 25, 2006, and dismissed the case.

Now, in his **Motion To Reopen** filed some five months later, Avery suggests that "his cowardice" prevented him from appearing at the evidentiary hearing or objecting to the Report And Recommendation.

3.   Avery does not indicate that he has any objection to the substantive portions of the Report and Recommendation -- only that he was somehow prevented from either appearing or objecting with respect to it.   He does not indicate why, if his cowardice and fear of defendants prevented him from objecting some five months ago, they no longer do so.

4.   In the Court's view, Avery has presented nothing to support his allegations that his "cowardice" and/or fear were inspired by any conduct on the part of defendants or that he was otherwise prevented from making timely objections to the Report and Recommendation.   Moreover, he has offered nothing to suggest that the Report And Recommendation is otherwise incorrect either as to law or fact.

Accordingly, the Court finds no merit in the **Motion To Reopen**

and the same will be **denied.**

      **IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**