```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**ROBERT WILLIAM AVERY**                                              PLAINTIFF

        v.        Civil No. 04-5205

**SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; SGT. JOHNSON;
LT. GENE HENDRICKS; SGT. CLIFFORD;
SGT. DAUGHERTY; DEPUTY HUBBS;
DEPUTY EFRAM; DEPUTY RAHN;
DEPUTY TOMLIN; and DEPUTY ADAMS**                                    DEFENDANTS

### O R D E R

    Now on this 3d day of July, 2007, come on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #116) having to do with plaintiff's **Application To Proceed Without Prepayment Of Fees** (document #114), and plaintiff's **Response To Report & Recommendation Of The Magistrate Judge** (document #118), and from said documents, and other matters appearing, the Court finds and orders as follows:

    1. On October 25, 2006, the Court entered an Order adopting the October 5, 2006, Report And Recommendation of the Magistrate Judge, and dismissing this case. No timely notice of appeal was filed from that Order, but on March 22, 2007, plaintiff filed a Motion Te Reopen (document #110), thus indicating that he had received notice of the October 25, 2006, Order by that date.

    The Motion to Reopen was denied by Order dated April 16, 2007, and plaintiff's Notice Of Appeal was filed on May 16, 2007.

    2. The Magistrate Judge -- analyzing the Notice Of Appeal as relating to the Order adopting the Report And Recommendation --

reported that none of the bases in **F.R.A.P. 4(a)** for extending the time for appeal exist in this case. For that reason, the Magistrate Judge correctly reported that the appeal was not taken in good faith, and recommended that *in forma pauperis* status be denied. Plaintiff offers nothing that would alter the analysis of the Magistrate Judge. Plaintiff's objections will, therefore, be overruled, and the Report And Recommendations will be adopted *in toto*.

    3.   The Court has also considered whether plaintiff's Notice Of Appeal could be considered an appeal solely from the Court's Order refusing to reopen the case, which was dated April 16, 2007. As to that Order, an appeal would be timely, and if the Order is appealable, the Court must consider whether *in forma pauperis* is appropriate.

    **28 U.S.C. §1291** gives courts of appeal "jurisdiction of appeals from all final decisions of the district courts of the United States. . . ." The case law, such as it is, suggests that an order denying a motion to reopen is an appealable order. See, e.g., **James v. Outlaw**, 142 Fed.Appx. 274 (8th Cir. 2005).

It does not necessarily follow, however, that an appeal of this Court's Order refusing to reopen the case is a good faith appeal. Plaintiff's contentions for why the case should be reopened are multiple: he did not get his mail due to a clerical error at the post office; he was homeless and thus could not receive mail; he was falsely arrested to keep him from being able to prosecute his

case; he had no access to legal materials and was unaware of the time limits for filing an appeal; he mailed his Notice Of Appeal on March 9 or 10, but cannot control the inmate mail system; and that it would be "a grave injustice" for his case to go untried merely because he is poor.

These excuses are all variants on plaintiff's contention that he should be allowed to appeal the Court's dismissal of his case in spite of his failure to file a timely notice of appeal.  As such, the Court believes they would be unavailing on appeal.  The Supreme Court has recently squarely held that "the timely filing of a notice of appeal in a civil case is a jurisdictional requirement." **Bowles v. Russell, 127 S.Ct. 2360, 2366 (2007)**(finding untimely the notice of appeal filed by a litigant who relied upon an order of the District Court specifying an incorrect deadline for filing a notice of appeal).

An appeal may not be taken *in forma pauperis* "if the trial court certifies in writing that it is not taken in good faith." **28 U.S.C. §1915(a)(3).**  For the reasons stated, this Court so certifies.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #116) is adopted *in toto*, and plaintiff's **Application To Proceed Without Prepayment Of Fees** (document #114) is **denied.**

**IT IS FURTHER ORDERED** that the objections contained in plaintiff's **Response To Report & Recommendation Of The Magistrate**

-3-

**Judge** (document #118) are **overruled**.

**IT IS FURTHER ORDERED** that this Court certifies that plaintiff's appeal in this matter is not taken in good faith.

**IT IS SO ORDERED.**

    **/s/Jimm Larry Hendren**
    **JIMM LARRY HENDREN**
    **UNITED STATES DISTRICT JUDGE**